In the Matter of Margaret FRATILA, c/o Margaret's Greenhouse & European Floral Design, M.G. & E.D., L.L.C., Debtor,

Margaret Fratila, c/o Margaret's Greenhouse & European Floral Design, M.G. & E.D., L.L.C., Appellant,

v.

Mike Boudloche, Trustee, Appellee.

No. 05–40474.
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided Feb. 23, 2006.

Margaret Fratila, Corpus Christi, TX, pro se.

Michael B. Schmidt, Law Offices of Michael B. Schmidt, Corpus Christi, TX, for Appellee.

Before KING, WIENER, and DeMOSS, Circuit Judges.

PER CURIAM: *

Appellant Margaret Fratila is a Bankruptcy Chapter 7 debtor who appeals the Bankruptcy Court's refusal to remove the bankruptcy trustee, based on Fratila's dissatisfaction with various specified acts of the trustee. On appeal to the district court, the ruling of the Bankruptcy Court was affirmed. We too affirm.

Our careful review of the record on appeal, including the briefs of the parties, and our analysis of the full and legally correct opinion of the district court on appeal of the Bankruptcy Court's decision, convinces us beyond cavil that the acts of the trustee complained of by Fratila were consistent with or required by law or were taken pursuant to the Bankruptcy Court's orders. Inasmuch as the district court correctly disposed of the debtor's complaints against the trustee, and well and fully explained the reasons for so doing, no useful purpose would be served by our reiterating the facts and applicable law. Rather, for the reasons set forth in the careful and complete opinion of the district court, the rulings of the Bankruptcy Court from which the debtor appeals are AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.